USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jim R. Fields,

                           Plaintiff,

-against-

Kilolo Kijakazi, M.D., Acting Commissioner of Social Security,

                           Defendant.

1:18-cv-02072 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

      In accordance with the Mandate issued by the United States Court of Appeals for the Second Circuit, dated March 21, 2022, it is hereby ORDERED that the Security Administration shall release the withheld fees to Binder & Binder, at which time Binder & Binder must, as pledged, remit the EAJA fees to Plaintiff.

Dated:      March 21, 2022
              New York, New York

_____
STEWART D. AARON
United States Magistrate Judge